# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JONATHAN RUIZ,<br><br>        Defendant. | Case No. 2:17-cr-146-APG-NJK<br><br>**ORDER FOR THE PREPARATION OF A PRE-PLEA PRESENTENCE REPORT**<br><br>(ECF No. 48) |

    Defendant Jonathan Ruiz filed an unopposed motion for the preparation of a Pre-Plea Presentence Investigation Report. I approve that request.

    IT IS HEREBY ORDERED that Ruiz's motion **(ECF No. 48) is GRANTED**. The Probation Office shall prepare and provide to the parties a pre-plea Presentence Report within 90 days.

    IT IS FURTHER ORDERED that Ruiz's counsel shall provide a copy of this order to the Probation Office immediately.

    Dated: April 24, 2018.

                                                                                          _____<br>
                                                                                         Andrew P. Gordon<br>
                                                                                         UNITED STATES DISTRICT JUDGE