Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:17-cr-00146-APG-NJK |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing** |
| v. | (First Request) |
| Jonathan Ruiz, | |
| Defendant. | |

The parties jointly request that this Court vacate and continue the August 30, 2019, sentencing hearing to September 6, 2019, because:

1. Defense counsel will be out of the district during the currently scheduled sentencing hearing.

2. Defense counsel needs additional time to prepare for sentencing.

3. Mr. Ruiz is in custody and agrees to the continuance.

4. The parties agree to the continuance.

This is the first stipulation to continue the sentencing hearing.

DATED: August 2, 2019.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Brian Whang*<br>By_____<br>Brian Whang<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Jonathan Ruiz,<br><br>      Defendant. | Case No. 2:17-cr-00146-APG-NJK<br><br>**Order Granting First Sipulation to Continue Sentencing Hearing** |

### Order

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for August 30, 2019, at 10:00 a.m., is vacated and continued to  September 6, 2019  at the hour of  9 : 30  a .m. in Courtroom 6C.

DATED: August 2nd, 2019.

_____
Andrew P. Gordon
United States District Judge